**EXHIBIT B**

**(FLASH DRIVE – To be hand-delivered to the Court)**