# In the
# United States District Court
## For the
## Eastern District of Wisconsin

Estate of Le'Quon J. McCoy,
By Special Administrator
Antoinette L. Broomfield,
Antoinette L. Broomfield as the assignee
of the claims of Latredriana N. McCoy,
and Antoinette L. Broomfield, on her own behalf,

        Plaintiffs,

v.                                                  Case No. 2:22-cv-320

The City of Milwaukee, Wisconsin,
And, in their Individual Capacities,
Jose Flores, Nikolas Zens, David Michaels,
and Douglas Pavlik,

        Defendants.

## Supplement to Expert Report of Scott DeFoe

       The undersigned Scott DeFoe hereby supplements his expert report in this case as follows:

       I have now received and reviewed materials that I have been given to understand were not in the hands of Plaintiffs' counsel, or did not exist, when I

prepared my initial report. These materials include:

- The depositions of the Defendants and associated exhibits:

    Dkt. # 51 Deposition of Defendant Jose Flores.pdf

    Dkt. # 51-1 Exhibit 3 - Dalt Incident Report with Defendant Interviews.pdf

    Dkt. # 51-2 Exhibit 5 - Martin Report of Interview with Flores.pdf

    Dkt. # 51.3 Exhibit 7 • General Order 2019.19.pdf

    Dkt. # 52 Deposition of Defendant David Michael.pdf

    Dkt. # 52-1 Exhibit 3 - Dalt Incident Report with Defendant Interviews.pdf

    Dkt. # 52-2 Exhibit 6 - Thimm Report of Michaels Interview.pdf

    Dkt. # 52-3 Exhibit 7 - General Order 2019-19.pdf

    Dkt. # 53 Second Deposition of Defendant David Michaels.pdf

    Dkt. # 54 Deposition of Defendant Douglas Pavlik.pdf

    Dkt. # 54-1 Exhibit 3 - Doll Incident Report with Defendant Interviews.pdf

    Dkt. # 54-2 Exhibit 7 - General Order 2019-19.pdf

    Dkt. # 54-3 Exhibit 9 - Johnson Report of Interview with Pavlik.pdf

    Dkt. # 55 Deposition of Defendant Nikolas Zens.pdf

    Dkt. # 55-1 Exhibit 1 - CAD Log.pdf

    Dkt. # 55-2 Exhibit 2 - Crash Report.pdf

    Dkt. # 55-3 Exhibit 7 - General Order 2019-19.pdf

    Dkt. # 55-4 Exhibit 8 - Injuries in Vehicle Pursuits.pdf

    Dkt. # 55-5 Exhibit 9 - Johnson Report of Pavlik Interview.pdf

    Dkt. # 55-6 Exhibit 10 - Johnson Report of Zens Interview.pdf

Dkt. # 55.7 Exhibit 11 - Affidavit of Defendant Nikolas Zens.pdf

- The Defendants' more recent discovery responses attached to Olson Declaration dkt. # 62:

    Dkt. # 62     Declaration of Jeff Scott Olson

    Dkt. # 62 -1  Exhibits 31-41 Pursuit Policy Exhibits

    Dkt. # 62-2   Exhibit 42 - Highlighted Injury Data

    Dkt. # 62-3   Exhibit 43 – Defendants' Initial Responses to Plaintiffs' Second Discovery Requests

    Dkt. # 62-4   Exhibit 43 – Defendants' Amended Responses to Plaintiffs' Second Discovery Requests

- The videos recorded by the Defendants during their pursuit of Le'Quon McCoy;

    Dkt. # 18-7 - Exhibit A-1 - Flores Video

    Dkt. # 18-7 - Exhibit A-2 - Zens Video

    Dkt. # 18-7 - Exhibit A-3 - Michaels Video

    Dkt. # 18-7 - Exhibit A-4 - Pavlik Video

After reviewing these supplemental materials, none of the opinions in my original report have changed. These materials have only strengthened those opinions.

Dated this January 25, 2024

_____
Scott DeFoe