UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ESTATE OF LEQUON J. MCCOY et al.,

      Plaintiffs,

      v.      Case No. 22-CV-0320

CITY OF MILWAUKEE, et al.,

      Defendants.

---

### NOTICE OF WITHDRAWAL OF ATTORNEY JUSTIN J. DREIKOSEN

---

    PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 7(e)(1), Assistant City Attorney Justin J. Dreikosen is withdrawing as counsel for Defendants as he will no longer be employed by the City of Milwaukee as of July 1, 2025. He requests his name be removed from the Court's e-filing distribution list. Deputy City Attorney Naomi E. Sanders on will remain as counsel for defendants.

    Dated and signed at Milwaukee, Wisconsin this 1st day of July, 2025.

                                      EVAN C. GOYKE
                                      City Attorney

                                      s/Justin J. Dreikosen
                                      JUSTIN J. DREIKOSEN
                                      Assistant City Attorney
                                      State Bar No. 1094426
                                      *Attorneys for Defendants*

P.O. ADDRESS:
200 East Wells Street
City Hall 800
Milwaukee, WI 53202
414-286-2601 – Telephone
414-286-8550 – Facsimile
Email: jdreik@milwaukee.gov